No. 72–177.  MILLER *v.* SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied. ■

No. 72–288.  POTTS ET AL. *v.* FLAX ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–335.  LEFLORE *v.* ALABAMA EX REL. MOORE.  Sup. Ct. Ala.  Certiorari denied.

No. 72–343.  LOESER ET AL. *v.* LOESER.  Sup. Ct. Ill.  Certiorari denied.

No. 72–346.  HUMBLE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–347.  CUSTOM RECORDING CO., INC., ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC.  Sup. Ct. S. C.  Certiorari denied.

No. 72–353.  CERTIFIED GROCERS OF ILLINOIS, INC., ET AL. *v.* SPARKLE FOOD CENTER, INC., ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 72–358.  BISHOP *v.* CORAL DRILLING, INC., ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 72–360.  INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–362.  WINCHESTER TV CABLE CO., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.